IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SABRINA ASKINS                                                                              PLAINTIFF

      v.                                    CIVIL NO. 12-2210

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                       DEFENDANT

## O R D E R

    Plaintiff submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2. The undersigned finds that more information is needed to rule on Plaintiff's IFP application.

    Plaintiff's IFP application indicates that she receives income from "any other sources." ECF No. 2, Section 3(f). However, Plaintiff does not describe the nature and amount of her other sources of income. As such, Plaintiff is directed to supply additional information to the court regarding her sources of income. Plaintiff is directed to file her amended IFP application on or before September 26, 2012. Should Plaintiff fail to comply within the required period of time, her complaint will become subject to summary dismissal for failure to obey a court order.

    IT IS SO ORDERED.

                                                              /s/ *J. Marschewski*
                                                            HONORABLE JAMES R. MARSCHEWSKI
                                                            CHIEF UNITED STATES MAGISTRATE JUDGE